# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**FRANCINE STRICKLAND and**
**EDGAR AVILES,**

        **Plaintiffs,**

v.                                                          **Case No: 6:23-cv-1672-PGB-RMN**

**ADVANCE AMERICA CASH**
**ADVANCE CENTERS OF**
**FLORIDA, LLC,**

        **Defendant.**
_____/

## ORDER

This case is before the Court upon periodic review. On September 22, 2023, the Court entered an Order directing Plaintiffs to file a Certificate of Interested Persons and a Notice of Pendency of Other Actions. (Doc. 7). The Court notified Plaintiffs that failure to comply with the Order may result in dismissal of the case. (Doc. 7). Plaintiffs have failed to comply with the Order, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 12, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties